LAURA VAN HORNE, Appellant, v. FAROKH M. BHARUCHA, Respondent, et al., Defendant.— Decision of this court, handed down September 15, 1954, dismissing the appeal vacated and set aside and the appeal reinstated. Motion to dismiss appeal is adjourned to the next term of this court. Present — Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ. [See *ante*, p. 855.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED C. WALLACE, Relator, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Defendant. — Motion to dismiss appeal granted, by default. Present — Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ.

MABEL H. OSGOOD, Respondent, v. L. R. MACK, INCORPORATED, Appellant.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ. [See 283 App. Div. 831.]

BERNARD GORDON, Appellant, v. JOHN P. SIEGEL, Respondent.— Motion for reargument denied, without costs. Present — Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ. [See *ante*, p. 821; *post*, p. 994.]

## (October 20, 1954.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO YEARRY, Appellant.— Motion for leave to withdraw appeal granted, without prejudice. Present — Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ.